UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
IN RE LOWER MANHATTAN DISASTER SITE   Case No. 21 MC 102 (AKH)
LITIGATION
-----------------------------------------------------------------x
ROSA DIEZ (and husband, PANCRI DIEZ),   :   Case No. 07 CV 5352

                Plaintiffs,   :   **NOTICE OF APPEARANCE**

  - against -   :

AMERICAN STOCK EXCHANGE CLEARING   :
LLC, et al.,
                             :

                Defendants.
-----------------------------------------------------------------x

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for Defendant AMEX SEAT OWNERS ASSOCIATION, INC.

    I certify that I am admitted to practice in this court.

Date: August 6, 2007

**SILLER WILK LLP**
Attorneys for Defendant AMEX Seat Owners Association, Inc.

By: _____
Pamela L. Kleinberg, Esq. (PK 4508)
675 Third Avenue, 9th Floor
New York, NY  10017
(212) 421-2233

{00178949v1}          1