UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE WORLD TRADE CENTER                          21 MC 102 (AKH)
LOWER MANHATTAN DISASTER
SITE LITIGATION

ROSA DIEZ (and husband, PANCRI DIEZ),             07-CV-5352 (AKH)

                                  Plaintiffs,     **NOTICE OF ADOPTION BY**
                                                  **CENTURY 21, INC. OF**
                  -against-                       **ANSWER TO MASTER**
                                                  **COMPLAINT**
80 LAFAYETTE ASSOCIATES LLC, ET AL.;

                                  Defendants.

     **PLEASE TAKE NOTICE** that defendant **CENTURY 21, INC.** (hereinafter "Century

21"), as and for its response to the allegations set forth in the Complaint by Adoption (Check-Off

Complaint) related to the Master Complaint filed in the above-referenced action, herein adopt

Century 21's Answer to Master Complaint, dated August 1, 2007, which was filed in the matter

of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

     **WHEREFORE**, Century 21 demands judgment dismissing the above-captioned action

as against it, together with its costs and disbursements.

Dated: New York, New York
       September 10, 2007

                    **HARRIS BEACH PLLC**
                    *Attorneys for Defendant*
                    CENTURY 21, INC.

                            /s/
                    Stanley Goos, Esq.  (SG 7062)
                    100 Wall Street, 23rd Floor
                    New York, New York 10005
                    (212) 687-0100

TO:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

**_Liaison Counsel for Plaintiff_**

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

**_Liaison Counsel for the Defendants_**

All Other Defense Counsel

## CERTIFICATION AS TO SERVICE

The undersigned certifies that on September 11, 2007, I caused the following document to be electronically via the Court's ECF system:

      1.     Notice of Century 21's Adoption of Answer to Master Complaint.

The undersigned further certifies that on September 11, 2007, I caused the aforesaid documents to be served via First Class Mail upon the following:

Paul Napoli, Esq.
Worby Groner Edelman & Napoli Bern LLP
115 Broadway, 12th Floor
New York, New York 10006

Robert A. Grochow, Esq.
Robert A. Grochow, P.C.
233 Broadway, 5th Floor
New York, New York 10279

Gregory J. Cannata, Esq.
Law Offices of Gregory J. Cannata
233 Broadway, 5th Floor
New York, New York 10279

***Liaison Counsel for Plaintiffs***

James E. Tyrrell, Esq.
Joseph Hopkins, Esq.
Patton Boggs LLP
One Riverfront Plaza, 6th Floor
Newark, New Jersey 07102

Thomas Egan, Esq.
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, New York 10006

***Liaison Counsel for the Defendants***

Dated: September 11, 2007

                                    _____/s/_____
                                      Stanley Goos, Esq. (SG 7062)