William J. Smith (WJS-9137)
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X
IN RE: WORLD TRADE CENTER LOWER
MANHATTAN DISASTER SITE LITIGATION     21 MC 102 (AKH)

_____X

ROSA DIEZ (AND HUSBAND, PANCRI DIEZ),

                 **NOTICE OF**
       V.             **ADOPTION**

80 LAFAYETTE ASSOCIATES, LLC, ET. AL.,

                 CASE NUMBER: (AKH)
                 07 CV 05352
_____X

      PLEASE TAKE NOTICE THAT Defendants BFP Tower C Co. LLC, BFP Tower C MM LLC and WFP Retail Co. L.P. (collectively the "Brookfield Parties"), as and for their responses to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above referenced action, hereby adopt the Brookfield Parties' Answer to Master Complaint, dated October 16, 2007, which was filed in the matter of *In re World Trade Center Lower Manhattan Disaster Site Litigation,* 21 MC 102 (AKH).

      WHEREFORE, the Brookfield Parties demand judgment dismissing the above captioned action as against each of them, together with their cost and disbursements.

Dated: New York, New York
       May  6  2008

                      Faust, Goetz, Schenker & Blee, LLP

                      By: William J. Smith (WJS-9137)
                      Attorneys for the Brookfield Parties
                      Two Rector Street, 20th Floor
                      New York, NY 10006
                      (212) 363-6900